**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CESAR ROMERO, | No. 10-56249 |
| Petitioner - Appellant, | D.C. No. 2:07-cv-07620-VAP |
| v. | |
| LINDA SANDERS, | MEMORANDUM* |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Central District of California
Virginia A. Phillips, District Judge, Presiding

Submitted September 27, 2011**

Before:    HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

Cesar Romero appeals pro se from the district court's judgment denying his

28 U.S.C. § 2241 petition.  We have jurisdiction under 28 U.S.C. § 1291, and we

affirm.

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Romero contends that, as part of his plea bargain, the government promised that time served as part of a state sentence prior to being sentenced in federal court would be credited toward his federal sentence. This contention is not supported by the record.

**AFFIRMED.**